IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**STEVEN JONES**                                                                       **PLAINTIFF**

**V.**                                                  **CAUSE NO. 3:19-CV-338-CWR-LRA**

**MALKEET SINGH**, *et al.*                                              **DEFENDANTS**

## ORDER

Before the Court are Defendant Cargo Solution Express, Inc.'s Motions for Partial Summary Judgment. Docket Nos. 26 and 28. Cargo seeks partial summary judgment on Plaintiff Steven Jones' negligence and punitive damages claims. Jones did not respond to either motion despite the Court granting multiple requests for extensions of time to submit responses.

The grounds for summary judgment are familiar. *See James v. Antarctic Mech. Servs., Inc.*, No. 3:18-CV-678-CWR-FKB, 2020 WL 86209, at *1–*2 (S.D. Miss. Jan. 7, 2020). Cargo is entitled to summary judgment as to Jones' independent negligence claims because Cargo has "concede[d] liability under vicarious liability." *Id.* at *1 n.3 (citations omitted). Since "punitive damages are not recoverable from the employer based on their employee's actions as a matter of Mississippi statutory and case law," and there is no evidence that Cargo acted with "malice or gross neglect," Cargo is entitled to summary judgment as to Jones' claim for punitive damages. *Id.* at *5 (quotations and citation omitted).

Accordingly, Cargo's Motions are granted.

**SO ORDERED**, this the 15th day of April, 2020.

                                                   s/ Carlton W. Reeves
                                                   UNITED STATES DISTRICT JUDGE